

April 5, 2022

**VIA ECF**

**J. Bruce Maffeo**
Direct Phone  212-883-4951
Direct Fax     917-521-5866
jbmaffeo@cozen.com

Hon. Stefan R. Underhill
Chief United States District Judge
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

**Re:    United States v. Roberto Porzio, 3:21CR00221(SRU)**

Dear Chief Judge Underhill:

As Your Honor will recall, I represent Roberto Porzio, the defendant in the above-referenced case, whose sentencing took place yesterday, April 4th. After conferring with the defendant, I write to respectfully request that Your Honor schedule his date to surrender to Monday, November 7, 2022, and recommend to the Bureau of Prisons that he be designated to the nearest available prison to his home in Westport, CT.

Your Honor's courtesy in considering this application is appreciated.

Respectfully submitted,

COZEN O'CONNOR


By:    /s/J. Bruce Maffeo

JM


Cc:    AUSA Anastasia King (by ECF)

       USPO Angelica Diaz (by email to: angelica_deniz@ctp.uscourts.gov)