# NOTICE OF AND REPENTANCE OF SINS FOR CAUSE

Notice Date: Day: Eight     Month: Seven     Year: 2022 CE

Dinah Milton Kinney, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

 

**PLEASE TAKE NOTICE** that I, Roberto Cunningham Porzio, a sentient moral being, have examined the path my feet are on and have concluded that I have dishonored many including but not limited to the Dinah Milton Kinney, Clerk of Court United States District Court, the Law, the Honorable Stefan R. Underhill, Anastasia Enos King Assistant United States Attorney, this Honorable Court, its Officers and or Employees, and others yet to be determined. I am sorry for my sins and THEREFORE I repent. As I become aware of other sins I may have committed, I will repent immediately.

I knowingly, willingly, voluntarily, intentionally and intelligently perform this act and deed.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth- Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."[2]

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Roberto Cunningham Porzio*

Roberto Cunningham Porzio
c/o 20 Meeker Road
Westport, Connecticut

cc: Honorable Stefan R. Underhill BRIEN McMAHON FEDERAL BUILDING United States Courthouse 915 Lafayette Boulevard Suite 411 Bridgeport, Connecticut 06604
cc: Anastasia Enos King Assistant United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510
cc: UNITED STATES DISTRICT COURTHOUSE 141 Church Street New Haven, Connecticut 06510

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Eight     Month: Seven     Year: 2022 CE

Dinah Milton Kinney, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

 

In reply to: "Case 3:21-cr-00221-SRU Document 1 Filed 12/16/21 Page 1 of 2 UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT UNITED STATES OF AMERICA v. ROBERTO PORZIO CRIMINAL NO. 3:21cr221(SRU) INFORMATION 1. 2. 3. (a), Page 2 of 2 (b) UNITED STATES OF AMERICA LEONARD C BOYLE ACTING UNITED STATES ATTORNEY ANASTASIA E. KING ASSISTANT U.S. ATTORNEY"

**PLEASE TAKE NOTICE** that I, Roberto Cunningham Porzio, a sentient moral being accept your Presentment "Case 3:21-cr-00221-SRU Document 1 Filed 12/16/21 Page 1 of 2 UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT UNITED STATES OF AMERICA v. ROBERTO PORZIO CRIMINAL NO. 3:21cr221(SRU) INFORMATION 1. 2. 3. (a), Page 2 of 2 (b) UNITED STATES OF AMERICA LEONARD C BOYLE ACTING UNITED STATES ATTORNEY ANASTASIA E. KING ASSISTANT U.S. ATTORNEY" and return your offer herein attached to you. I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Roberto Cunningham Porzio*

Roberto Cunningham Porzio
c/o 20 Meeker Road
Westport, Connecticut

Attachment: "Case 3:21-cr-00221-SRU Document 1 Filed 12/16/21 Page 1 of 2 UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT UNITED STATES OF AMERICA v. ROBERTO PORZIO CRIMINAL NO. 3:21cr221(SRU) INFORMATION 1. 2. 3. (a), Page 2 of 2 (b) UNITED STATES OF AMERICA LEONARD C BOYLE ACTING UNITED STATES ATTORNEY ANASTASIA E. KING ASSISTANT U.S. ATTORNEY"

cc: Honorable Stefan R. Underhill BRIEN McMAHON FEDERAL BUILDING United States Courthouse 915 Lafayette Boulevard Suite 411 Bridgeport, Connecticut 06604
cc: Anastasia Enos King Assistant United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510
cc: Vanessa Roberts Avery United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510