IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | Docket No. 3:21-CR-00221(SRU) |
| v. | : | |
| | : | |
| ROBERTO PORZIO, | : | |
| | : | |
| Defendant | : | |

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

PLEASE TAKE NOTICE that upon the annexed affirmation of J. BRUCE MAFFEO, an

attorney duly admitted to practice law before the United District Court of District of Connecticut,

the undersigned will move this Court on a date and time to be designated by the Court for an order

granting Counsel's motion to be relieved as counsel.

DATED:     New York, New York
             July 26, 2022

RESPECTFULLY SUBMITTED,

J. Bruce Maffeo, Esq.
Attorney for Defendant
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 883.4951

;

.

LEGAL\58798680\1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | Docket No. 3:21-CR-00221(SRU) |
| v. | : | |
| | : | |
| ROBERTO PORZIO, | : | |
| | : | |
| Defendant | : | |

## AFFIRMATION IN SUPPORT OF

## NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

1. I am an attorney duly admitted to practice before this Court and represent Robert Porzio in the above-referenced matter. On April 4, 2022, Your Honor sentenced Porzio to a below-guidelines sentence of one year and one day pursuant to his plea of guilty to a single count of a prosecutor's information charging him with tax evasion. He is scheduled to surrender to commence service of his term of imprisonment on November 7, 2022, at the Fort Dix Satellite Camp.

2. On July 15, 2022, a document was filed on ECF (Dkt. #21), purportedly signed by Porzio and captioned NOTICE OF AND REPENTANCE OF SINS FOR CAUSE. A copy of the same previously had been sent to Assistant United States Attorney Anastasia King, but I otherwise had no prior knowledge of it.

3. On July 16, 2022, I called Porzio to inquire as to the reason for the filing. Porzio informed me in substance that he was engaged in a logging operation but would call me the following week .

4. On Tuesday, July 19, 2022, I called Porzio but was switched to voice mail. I subsequently texted him and asked him to call me. Porzio did not contact me.

5. The following day, a second document was filed on ECF, (Dkt. # 24), a second document was filed, again purportedly signed by Porzio, captioned NOTICE OF AND RESCISSION OF WAIVER OF AN INDICTMENT FOR CAUSE. Upon receipt, I tried to contact Porzio by phone on five occasions and each time was directed to voice mail. I also texted Porzio, requesting that he contact me. I also filed a letter with the Court (DKT #25), requesting that it not take any further action until I had an opportunity to confer with Porzio.

6. On July 21, 2022, I spoke with David Lehn, Esq., who served as co-counsel with me for Porzio. He also tried to contact Porzio by phone and text, both without success. I also

emailed Porzio's ex-wife, Nikki Zeoli, and asked her to have Porzio contact me immediately. She replied by email, asking me to stop trying to contact him by phone or texts, stating further as follows: "While I am not speaking for Bert, it is my understanding that he is pursuing remedy (sic), for the failed case against him, outside your purview (sic) of law. As such, your services are no longer necessary or appropriate."

7.  After four unsuccessful attempts to reach Porzio by phone that day, I finally succeeded in reaching him. In sum, and without waiving the attorney-client privilege, Porzio expressed the concern that despite his best efforts to secure someone to manage his business's affairs during his incarceration, he had been unable to do so and as a result would have to close the business. I advised him that he should discontinue the filings and authorize me to inform the Court that he was withdrawing them and request the Court to recommend to the Bureau of Prisons that he be released to home confinement at the earliest available opportunity. Porzio indicated that he was amenable to my suggestion, but given the events of the preceding week, I asked him to reflect on it over the weekend and confirm with me the following Monday. On Monday, July 25, 2022, I placed three calls to Porzio and texted him twice. He replied by text that he would appreciated my concerns and would contact me today after lunch to discuss the matter. I did not hear anything further from Porzio before the two most recent filings under his name that were filed on ECF earlier today.

8.  In light of the above, it is apparent that there has been a complete breakdown in communications between me and Porzio. Accordingly, and with considerable reluctance, I respectfully request that the Court grant me permission to withdraw as Porzio's counsel in this matter.


DATED:      New York, New York
            July 26, 2022

*J. Bruce Maffeo /bw*

J. Bruce Maffeo, Esq.