# NOTICE OF DISHONOR

RECEIVED
JUL 28 2022
U.S. DISTRICT COURT
NEW HAVEN, CT

Notice Date: Day: Twenty-two        Month: Seven        Year: 2022 CE

Dinah Milton Kinney, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Eight Month Seven Year 2022 CE "Case 3:21-cr-00221-SRU Document 1 Filed 12/16/21 Page 1 of 2 UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT UNITED STATES OF AMERICA v. ROBERTO PORZIO CRIMINAL NO. 3:21cr221(SRU) INFORMATION 1. 2. 3. (a), Page 2 of 2 (b) UNITED STATES OF AMERICA LEONARD C BOYLE ACTING UNITED STATES ATTORNEY ANASTASIA E. KING ASSISTANT U.S. ATTORNEY" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Roberto Cunningham Porzio*

Roberto Cunningham Porzio
c/o 20 Meeker Road
Westport, Connecticut

cc: Judge Stefan R. Underhill BRIEN McMAHON FEDERAL BUILDING United States Courthouse 915 Lafayette Boulevard Suite 411 Bridgeport, Connecticut 06604
cc: Anastasia Enos King Assistant United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510
cc: Vanessa Roberts Avery United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510