## NOTICE OF DISHONOR

Notice Date: Day: Nineteen        Month: Eight        Year: 2022 CE

Dinah Milton Kinney, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
August 23, 2022
Dinah Milton Kinney, Clerk
By _____ Deputy Clerk

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"** dated Day: Five Month Eight Year 2022 CE "Case 3:21-cr-00221-SRU Document 18 Filed 04/15/22 Page 1 of 4 UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT UNITED STATES OF AMERICA v. Roberto Porzio **JUDGMENT IN A CRIMINAL CASE** Case Number: 3:21-cr-00221-SRU USM Number: 78978-509, Page 2 of 4 4/4/2022 Date of Imposition of Sentence /s/ Stefan R. Underhill **Stephan R. Underhill United States District Judge** April 15, 2022, Page 3 of 4, Page 4 of" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Roberto Cunningham Porzio*
Roberto Cunningham Porzio
c/o 20 Meeker Road
Westport, Connecticut

cc: Judge Stefan R. Underhill BRIEN McMAHON FEDERAL BUILDING United States Courthouse 915 Lafayette Boulevard Suite 411 Bridgeport, Connecticut 06604
cc: Anastasia Enos King Assistant United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510
cc: Vanessa Roberts Avery United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510