# NOTICE OF DISHONOR  

Notice Date: Day: Seven    Month: Nine    Year: 2022 CE

Dinah Milton Kinney, Clerk of Court
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day: Twenty-three Month Eight Year 2022 CE "**U.S. District Court District of Connecticut Notice of Electronic Filing Case Name:** USA v. Porzio **Case Number:**39(No Document attached) **Docket Text: ORDER as to Roberto Porzio: Signed by Judge Stefan R. Underhill on 8/17/2022. (Hurley, S.)**" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Roberto Cunningham Porzio*

Roberto Cunningham Porzio
c/o 20 Meeker Road
Westport, Connecticut

cc: Judge Stefan R. Underhill BRIEN McMAHON FEDERAL BUILDING United States Courthouse 915 Lafayette Boulevard Suite 411 Bridgeport, Connecticut 06604
cc: Anastasia Enos King Assistant United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510
cc: Vanessa Roberts Avery United States Attorney 157 Church Street 25th Floor New Haven, Connecticut 06510