AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  3:21-CR-00221(SRU)-1 |
| ROBERTO PORZIO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Roberto Porzio

Date: 9-20-22

_____
*Attorney's signature*

Laurel Fedor, Esq. ct 12821
*Printed name and bar number*

Taylor & Fedor, LLC

1071 Post Road East, Suite 206
Westport CT 06880
*Address*

fedoratty@sbcglobal.net
*E-mail address*

(203) 227-9328
*Telephone number*

(203) 227-3800
*FAX number*